UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUMAR TANGARA,

Petitioner,

-v-

LADEON FRANCIS, in his official capacity as Acting Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

26cv6056 (DLC)

ORDER

DENISE COTE, District Judge:

Having received Oumar Tangara's July 17, 2026 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"), it is hereby

ORDERED that, to preserve the Court's jurisdiction pending a ruling on the Petition, petitioner shall not be removed from the United States unless and until the Court orders otherwise. Moreover, to preserve counsel's access to petitioner and to facilitate resolution of the Petition, respondent shall not transfer petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.

IT IS FURTHER ORDERED that respondent shall file its response to the petition for habeas corpus by **July 24, 2026.** Any reply from petitioner shall be filed by **July 31.** At the

time each brief is filed, the filing party shall supply a courtesy copy by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 17, 2026

DENISE COTE
United States District Judge